## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

NANCY SHER, JAMES R. ABEL, JENNIFER
BAKER, CAROL A. CALECA, JOURA FINK,
LOUIS GIOCONDO, BETTY L. KEY, individually
and on behalf of all others similarly situated,

    Plaintiffs,

v.                                                                                                                                    CASE NO: 8:08-cv-889-T-26TGW
                                                                                                                                      Consolidated

RAYTHEON COMPANY,

    Defendant.
_____/
LINDA SWARTOUT and JOHN C. SWARTOUT,
individually and on behalf of all others
similarly situated,

    Plaintiffs,                                                          CASE NO: 8:08-cv890-T-26EAJ

v.

RAYTHEON COMPANY,

    Defendant.
_____/

## **O R D E R**

Upon due consideration, it is ordered and adjudged as follows:

1) The Stipulated Motions for Order Regarding Consolidated Complaint and Response Thereto (Dkt. 49 in case number 8:08-cv-899 and Dkt. 28 in case number 8:08-890) are granted.

2) Plaintiffs shall file a consolidated complaint on or before August 5, 2008, in case number 8:08-cv-899.

3) Defendant shall file its answer and defenses (including any motion to dismiss if the consolidated complaint raises new issues not previously addressed in the Court's previous orders denying Defendant's motions to dismiss) to the consolidated complaint within twenty days of service.

4) All future pleadings shall be filed in case number 8:08-cv-899.

5) The Clerk is directed to administratively close case number 8:08-cv-890.

**DONE AND ORDERED** at Tampa, Florida, on July 18, 2008.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

<u>**COPIES FURNISHED TO**</u>:
Counsel of Record