```
                 UNITED STATES DISTRICT COURT
                  MIDDLE DISTRICT OF FLORIDA
                        TAMPA DIVISION
```

NANCY SHER, et al.,

     Plaintiffs,

v.                      Case No.   8:08-cv-889-T-33TGW

RAYTHEON COMPANY,

     Defendant.
_____/

## ORDER

This matter comes before the Court pursuant to the parties' joint motion for entry of proposed order modifying class-certification deadlines in the case schedule (Doc. # 91), which was filed on March 10, 2009. For good cause shown, the motion is granted.

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED**:

(1) The joint motion for entry of proposed order modifying class-certification deadlines in the case schedule (Doc. # 91) is **GRANTED** to the extent consistent with this order.

(2) Defendant may take the depositions of plaintiffs' experts on the issue of class certification up to and including April 10, 2009. Defendant's response to plaintiffs' motion for class certification is due on or before May 1,

2009. Plaintiffs may take the depositions of defendant's experts on class certification up to and including June 17, 2009.

(3) Plaintiffs may submit rebuttal expert reports on merit issues on or before June 11, 2010.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this <u>17th</u> day of March 2009.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All Counsel of Record

2