UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

COLLEEN GALLIGAN,

    Plaintiff,

v.                           Case No. 8:08-cv-2427-T-33TGW

RAYTHEON COMPANY,

    Defendant.
_____/

NANCY SHER, *et al.*,

    Plaintiffs,

v.                           Case No. 8:08-cv-889-T-33AEP

RAYTHEON COMPANY and
CRAIG PETHE,

    Defendants.
_____/

## **ORDER**

This matter is before the Court pursuant to various responses to the Court's Order to Show Cause as to consolidation (Doc. # 42), which was filed on August 25, 2009. Upon review of the responses, the Court determines that consolidation is not appropriate under Rule 42(a) of the Federal Rules of Civil Procedure. Furthermore, the interests of judicial economy would not be served by consolidation of the above-captioned cases.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

The above-captioned cases are not due to be consolidated at this time.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this <u>11th</u> day of September 2009.

/s/ Virginia M. Hernandez Covington
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All Counsel of Record