UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA FLORIDA

**NANCY SHER**, *et al.*,

    **Plaintiffs,**

v.                                                         Case No.: 8:08-cv-889-T-33AEP

**RAYTHEON COMPANY,**

    **Defendant.**

_____/

## ORDER

Plaintiffs' Unopposed Motion for Leave to Use Laptop Computers and External Hard Drives During Evidentiary Hearing (Doc. 117) is before the Court. Plaintiffs seek leave of Court to allow their counsel to bring seven laptop computers and two hard drives (with associated cabling and power strips) to the Evidentiary hearing scheduled to begin in the Federal Courthouse on Monday, September 21, 2009.

The Court notes that the use of electronic equipment by counsel in the Courthouse is restricted by Local Rule 4.11(b), M.D. Fla.; however, this Court will allow Plaintiffs' counsel to bring the seven laptop computers and two hard drives (with associated cabling and power strips) into the Courthouse for use during the Evidentiary Hearing.

Plaintiffs should note that any electronic equipment brought into the Courthouse is subject to inspection at any time by the Court Security Officers and United States Marshals Service. Counsel may be called upon to present a copy of this Order to Court Security Officers at any time prior to being permitted to bring technological equipment into the

Courthouse.

Accordingly, it is now

**ORDERED, ADJUDGED** and **DECREED** that:

The Unopposed Motion for Leave to Use Laptop Computers and External Hard Drives During Evidentiary Hearing (Doc. 117) is **GRANTED** consistent with the foregoing requirements.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this <u>14th</u> day of September 2009.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record