UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA FLORIDA

**NANCY SHER,** *et al.*,

    **Plaintiffs,**

v.                                            Case No.: 8:08-cv-889-T-33AEP

**RAYTHEON COMPANY,**

    **Defendant.**

_____/

## ORDER

Defendant's Agreed Amended Motion for Leave to Use Electronic Equipment During the Evidentiary Hearing (Doc. 122) is before the Court. Defendant seeks leave of Court to allow its counsel to bring eight laptop computers, three external hard drives, one non-internet enabled cell phone, and associated computer cabling, power strips, speakers and adapters to the Evidentiary Hearing scheduled to begin in the Federal Courthouse on Monday, September 21, 2009. Defendant asks that it be allowed to bring this equipment to the Courthouse on Friday, September 18, 2009, so that the equipment can be tested in advance of the Evidentiary Hearing.

The Court notes that the use of electronic equipment by counsel in the Courthouse is restricted by Local Rule 4.11(b), M.D. Fla.; however, this Court will allow Defendant's counsel to bring the electronic equipment specified in this Order into the Courthouse for testing and for use during the Evidentiary Hearing.

Plaintiffs should note that any electronic equipment brought into the Courthouse is subject to inspection at any time by the Court Security Officers and United States Marshals

Service. Counsel may be called upon to present a copy of this Order to Court Security Officers at any time prior to being permitted to bring its electronic equipment into the Courthouse.

Accordingly, it is now

**ORDERED, ADJUDGED** and **DECREED** that:

(1)  the Agreed Amended Motion for Leave to Use Electronic Equipment During the Evidentiary Hearing (Doc. 122) is **GRANTED** consistent with the foregoing requirements and

(2)  Defendant shall be allowed to bring the electronic equipment specified herein to the Courthouse beginning on Friday, September 18, 2009, for testing.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 17th day of September 2009.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies to:   Counsel of Record