IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 09-16039-E

NANCY SHER,
individually and on behalf of all others similarly situated,
JAMES R. ABEL,
individually and on behalf of all others similarly situated, et al.,

Plaintiffs-Appellees,

JENNIFER A. BAKER,
individually and on behalf of all others similarly situated, et al.,

Plaintiffs,

LINDA SWARTOUT,
individually and on behalf of all others similarly situated, et al.,

Consolidated-Plaintiffs,

versus

RAYTHEON COMPANY,

Defendant-Appellant,

CRAIG PETHE,

Defendant.

Appeal from the United States District Court for the
Middle District of Florida

**ENTRY OF DISMISSAL**

Pursuant to petitioners' motion for voluntary dismissal, Fed.R.App.P. 42 and 11th Cir.R. 42-1(a), the above-referenced appeal was duly entered dismissed, 11th day of December, 2009.

THOMAS K. KAHN
Clerk of the United States Court
of Appeals for the Eleventh Circuit

By:   Gloria Powell
      Deputy Clerk

FOR THE COURT - BY DIRECTION

A True Copy - Attested:
Clerk, U.S. Court of Appeals,
Eleventh Circuit

By: _____
    Deputy Clerk
    Atlanta, Georgia