IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NANCY SHER, individually and as Trustee of the Nancy Sher Revocable Living Trust, JAMES R. ABEL, CAROL A. CALECA, LOUIS GIOCONDO, BETTY L. KEY, individually, and on behalf of all others similarly situated,

        Plaintiffs,

v.

RAYTHEON COMPANY,

        Defendant.

Case No. 8:08-cv-889-T-33AEP

## JOINT MOTION TO AMEND CASE MANAGEMENT AND SCHEDULING ORDER

Plaintiffs Nancy Sher, James R. Abel, Carol A. Caleca, Louis Giocondo, and Betty L. Key (collectively, the "Plaintiffs") and Defendant Raytheon Company ("Raytheon"), by and through their respective counsel, jointly move this court to amend the Case Management and Scheduling Order as more specifically set forth below. In support of this motion, the parties state as follows:

    1.    The parties have worked diligently to complete fact and expert discovery and to move this matter towards trial. However, the parties need additional time to complete expert discovery in an orderly fashion and to fully brief the issues associated with *Daubert* motions and dispositive motions.

2. Therefore, subject to the Court's approval, the parties specifically seek to amend the Case Management and Scheduling Order as follows:

|  | Current Schedule | Proposed New Schedule |
|---|---|---|
| Completion of Depositions of Plaintiffs' Merits Experts | April 8, 2010 | May 6, 2010 |
| Defendant's Merits Expert Reports | May 7, 2010 | June 11, 2010 |
| Completion of Depositions of Defendant's Merits Experts | June 8, 2010 | July 2, 2010 |
| Plaintiffs' Rebuttal Merits Expert Reports | June 18, 2010 | July 23, 2010 |
| Completion of Depositions of Plaintiffs' Rebuttal Merits Experts | July 2, 2010 | August 13, 2010 |
| *Daubert* Motions | July 30, 2010 | September 16, 2010 |
| Responses to *Daubert* Motions | August 19, 2010 | October 19, 2010 |
| Dispositive Motions | September 17, 2010 | November 16, 2010 |
| Responses to Dispositive Motions | October 7, 2010 | December 14, 2010 |
| Joint Pretrial Statement | February 1, 2011 | March 31, 2011 |
| Final Pretrial Conference | February 4, 2011 | April 7, 2011 |
| Trial | March 2011 | May 9, 2011 |

3. These proposed amendments to the Case Management and Scheduling Order will give the parties additional time to complete expert discovery and will also allow the parties to spread out their briefing on *Daubert* and dispositive motions in a logical manner, while still giving the Court the same amount of time to consider and rule on those motions in advance of trial.

4. In addition, the proposed amendments will still allow this matter to be brought to trial within three years of when it was docketed.

1555822v1

WHEREFORE, Plaintiffs and Raytheon respectfully request that this Court enter an Order amending the Case Management and Scheduling Order as more specifically set forth above.

Date:   March 31, 2010                                              Respectfully submitted,

| | |
|---|---|
| s/ Brian H. Barr | s/ Dennis P. Waggoner |
| Brian H. Barr (FBN 493041) | Benjamin H. Hill, III (FBN 094585) |
| Neil E. McWilliams, Jr. (FBN 0016174) | bhill@hwhlaw.com |
| J. Michael Papantonio (FBN 335924) | Dennis P. Waggoner (FBN 509426) |
| LEVIN, PAPANTONIO, THOMAS, | dwaggoner@hwhlaw.com |
| MITCHELL, ECHSNER & PROCTOR, P.A. | HILL, WARD & HENDERSON P.A. |
| 316 S. Baylen Street, Suite 600 | 101 East Kennedy Blvd., Suite 3700 |
| Pensacola, Florida 32502 | Tampa, FL 33602 |
| Phone (850) 435-7074 | Phone: (813) 221-3900 |
| Fax (850) 436-6074 | Facsimile: (813) 221-2900 |
| | |
| Armando Lauritano | Eugene F. Assaf (*Pro Hac Vice*) |
| Keith M. Carter | Andrew B. Clubok (*Pro Hac Vice*) |
| MORGAN & MORGAN, P.A. | Edwin John U (*Pro Hac Vice*) |
| 7th Floor - One Tampa City Center | KIRKLAND & ELLIS LLP |
| 201 N. Franklin Street | 655 Fifteenth Street NW, Suite 1200 |
| Tampa, Florida 33602 | Washington, DC 20005 |
| Phone (813) 223-5505 | Phone (202) 879-5000 |
| Fax (813) 223-5402 | Fax (202) 879-5100 |
| | |
| Joseph H. Saunders (FBN 358193) | *Attorneys for Defendant Raytheon Company* |
| SAUNDERS & WALKER, P.A. | |
| P.O. Box 1637 | |
| Pinellas Park, FL 33780-1637 | |
| Phone (727) 579-4500 | |
| Fax (727) 577-9797 | |

*Attorneys for Plaintiffs*

1555822v1