UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NANCY SHER, ET AL.,
        Plaintiffs,

vs.                                Case No.8:08-CIV-889-T-33TGW

RAYTHEON COMPANY,
        Defendant.
_____/

# S E C O N D   A M E N D E D
## CASE MANAGEMENT AND SCHEDULING ORDER

1. **TRIAL:** This case is scheduled for a *jury* trial in Tampa, Florida, during the Court's *May, 2011* trial calendar. Estimated length of trial is several weeks.

2. **PRETRIAL CONFERENCE:** A Pretrial Conference will be held before the Honorable Virginia M. Hernandez Covington, United States District Judge, in the Sam M. Gibbons United States Courthouse, Courtroom 14B, Fourteenth Floor, Tampa, Florida, on *Thursday, April 7, 2011, at 9:00 a.m.*. Parties are directed to meet the pretrial disclosure requirements and deadlines in Fed. R.Civ. P. 26(a)(3) and to adhere to all requirements in Local Rule 3.06 concerning final pretrial procedures. **The parties shall file a JOINT Pretrial Statement on or before March 31st, 2011.** Failure to do so, may result in the imposition of sanctions. The Pretrial Conference shall be attended by lead trial counsel who is vested with full authority to make agreements touching on all matters pertaining to the trial.

3. Pursuant to the Order entered by the Court on April 13, 2010 (Doc. 208), the below listed deadlines are extended and the parties are **directed** to meet the agreed upon terms and time limits as follows:

    A.    Deadline for completion of depositions of plaintiffs' merits experts is May 6, 2010. Defendant's merits expert reports are due June 11, 2010. Deadline for completion of depositions of defendant's merits experts is July 2, 2010. Plaintiffs' rebuttal merits expert reports are due July 23, 2010. Completion of Depositions of Plaintiffs' rebuttal merits experts shall be on or before August 13, 2010.

    B.    Any <u>Daubert</u> motions must be filed no later than September 16, 2010. Responses to any <u>Daubert</u> motions must be filed no later than October 19, 2010.

4. **DISPOSITIVE MOTIONS CUTOFF:** Dispositive motions shall be filed on or before *November 16, 2010.* Responses to dispositive motions should be filed no later than December 14, 2010.

5. Motions to amend any pleading or to continue the pretrial conference, trial or any other scheduled deadlines are distinctly disfavored after entry of the Case Management and Scheduling Order. (See Local Rules 3.05(c)(2)(E) and 3.05(c)(3)(D)).

6. **SUMMARY JUDGMENT PROCEDURES:** The following procedures shall be followed by the parties:

    (a) A party's claims or defenses for which summary judgment is sought shall be presented in a single motion, and legal memorandum. Multiple motions for summary judgment will not be permitted.

    (b) Any party opposing a summary judgment motion shall file a memorandum of law in opposition no later than twenty (20) days after the filing date of the motion.

    (©) Pursuant to Rule 56©), Fed.R.Civ.P., as interpreted by the Eleventh Circuit Court of Appeals, the parties are hereby put on notice that the Court will take any motion for summary judgment and all materials in support or in opposition thereto under advisement as of the last day for filing pleadings pertaining to the motion for summary judgment, as that date is mandated by the rules of procedure or by order of the Court. **Failure to respond to a motion for summary judgment shall indicate there is no opposition to the motion and may result in final judgment being entered without a trial or other proceeding.**

    (d) Motions to extend time or to alter any requirements set forth in this order or the other rules governing summary judgment motions, including the page limit for memoranda of law pursuant to the Local Rules, are distinctly disfavored.

    (e) Oral argument or hearings will generally **NOT** be held on the motion.

7. **CONSENT TO TRIAL BY MAGISTRATE JUDGE:** In accordance with 28 U.S.C. 636(c) and Fed.R.Civ.P.73, the parties may consent to have the assigned United States Magistrate Judge conduct any and all further proceedings in this case, including the trial.

8. **SETTLEMENTS**: Counsel shall immediately notify Chambers or the Courtroom Deputy Clerk if their case has settled. (See Local Rule 3.08). Notices of settlement must be in writing.

**DONE** and **ORDERED** at Tampa, Florida, ___10th___ day of May, 2010.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE