# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

NANCY SHER, JAMES R. ABEL, CAROL A. CALECA, LOUIS GIOCONDO, BETTY L. KEY, individually, and on behalf of all others similarly situated,

        Plaintiffs,

  v.

RAYTHEON COMPANY,

        Defendant.

Case No.: 8:08-cv-889-T-33AEP

## THE PARTIES' JOINT MOTION TO AMEND CASE MANAGEMENT AND SCHEDULING ORDER

Defendant Raytheon Company ("Raytheon") and Plaintiffs hereby move this Court to amend its Second Amended Case Management and Scheduling Order (Doc. 212) in order to provide additional time for the parties for file *Daubert* motions and dispositive motions, as more specifically set forth below.

The parties have cooperated to attempt to complete expert discovery in an expeditious and efficient manner. The volume and significance of expert testimony in the case has, however, necessitated delaying completion of the deposition of rebuttal experts until mid-September of 2010. This necessary delay will make filing *Daubert* motions on September 16, 2010, as anticipated by the current scheduling order, impractical.

Therefore, subject to the Court's approval, the parties seek to amend the Second Amended Case Management and Scheduling Order as follows:

|  | **Current Deadline** | **Proposed New Deadline** |
|---|---|---|
| *Daubert* Motions | September 16, 2010 | October 15, 2010 |
| Responses to *Daubert* Motions | October 19, 2010 | November 17, 2010 |
| Dispositive Motions | November 16, 2010 | January 18, 2011 |
| Responses to Dispositive Motions | December 14, 2010 | February 18, 2011 |
| Joint Pretrial Statement | March 31, 2011 | no change |
| Pretrial Conference | April 7, 2011 | no change |
| Trial | May 2011 | no change |

The parties anticipate that any dispositive motions and their resolution will be informed by the Court's determinations on the admissibility of expert testimony. The proposed changes would provide for the completion of *Daubert* briefing approximately two months before the deadline for dispositive briefing, providing the Court with time to address the anticipated *Daubert* motions before any dispositive motions are filed.

The Parties also expect that the resolution of the *Daubert* motions will likely be aided by a hearing, which the parties anticipate may take several days, depending upon how many motions are filed. The proposed changes in the schedule would likewise permit such a hearing to take place prior to resolution of any dispositive motions.

For the foregoing reasons, the Parties, move the Court to amend the Second Amended Case Management and Scheduling Order as more specifically set forth above.

Date:   September 8, 2010                           Respectfully submitted,

| s/ Brian H. Barr | s/ Dennis P. Waggoner |
|---|---|
| Brian H. Barr (FBN 493041) | Benjamin H. Hill, III (FBN 094585) |
| Neil E. McWilliams, Jr. (FBN 0016174) | bhill@hwhlaw.com |
| J. Michael Papantonio (FBN 335924) | Dennis P. Waggoner (FBN 509426) |
| LEVIN, PAPANTONIO, THOMAS, | dwaggoner@hwhlaw.com |
| MITCHELL, ECHSNER & PROCTOR, P.A. | HILL, WARD & HENDERSON P.A. |
| 316 S. Baylen Street, Suite 600 | 101 East Kennedy Blvd., Suite 3700 |
| Pensacola, Florida 32502 | Tampa, FL 33602 |
| Phone (850) 435-7074 | Phone: (813) 221-3900 |
| Fax (850) 436-6074 | Facsimile: (813) 221-2900 |
| | |
| Armando Lauritano | Eugene F. Assaf (*Pro Hac Vice*) |
| Keith M. Carter | Andrew B. Clubok (*Pro Hac Vice*) |
| MORGAN & MORGAN, P.A. | Edwin John U (*Pro Hac Vice*) |
| 7th Floor - One Tampa City Center | KIRKLAND & ELLIS LLP |
| 201 N. Franklin Street | 655 Fifteenth Street NW, Suite 1200 |
| Tampa, Florida 33602 | Washington, DC 20005 |
| Phone (813) 223-5505 | Phone (202) 879-5000 |
| Fax (813) 223-5402 | Fax (202) 879-5100 |
| | |
| Joseph H. Saunders (FBN 358193) | *Attorneys for Defendant Raytheon Company* |
| SAUNDERS & WALKER, P.A. | |
| P.O. Box 1637 | |
| Pinellas Park, FL 33780-1637 | |
| Phone (727) 579-4500 | |
| Fax (727) 577-9797 | |

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 8, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in this action.

s/ Dennis P. Waggoner