IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NANCY SHER, JAMES R. ABEL, CAROL A. CALECA, LOUIS GIOCONDO, BETTY L. KEY, individually, and on behalf of all others similarly situated,

    **Plaintiffs,**

  v.

**RAYTHEON COMPANY,**

    **Defendant.**

Case No.: 8:08 -cv-889-T-33AEP

## ORDER ON SCHEDULE FOR CLASS CERTIFICATION HEARING

The schedule for pre-hearing filings and the evidentiary hearing on class certification shall be as follows:

1. **April 26, 2011**

    a. Defendants will file their *Daubert* motions and supporting memoranda of law directed to the opinions of class certification experts.

    b. Plaintiffs will file their trial plan.

2. **May 17, 2011**

    a. Plaintiffs will submit their opposition memoranda to Defendant's *Daubert* motions directed to the opinions of class certification experts.

    b. Defendant will submit their response to Plaintiffs' trial plan.

3. **June 1, 2011**

    a. The parties will submit briefs directed to class certification issues. Each side's brief will not exceed ten (10) pages.

2

4. **June 16, 17, 20 -22, 2011**

   a. The evidentiary hearing in this matter will begin on June 16 at 1:30 p.m. and continue on June 17 at 9:00 a.m. and June 20 – 22 at 9:00 a.m.

DONE AND ORDERED in Chambers, in Tampa, Florida this 12th day of April, 2011.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies furnished to:
All Counsel of Record

2221742.1

2