## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

| | |
|---|---|
| NANCY SHER, JAMES R. ABEL, CAROL A. CALECA, LOUIS GIOCONDO, BETTY L. KEY, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>   v.<br><br>RAYTHEON COMPANY,<br><br>Defendant. | Case No.: 8:08 -cv-889-T-33AEP |

### UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL
### AND MEMORANDUM OF LAW IN SUPPORT

NOW COME the Plaintiffs, NANCY SHER, JAMES R. ABEL, CAROL A. CALECA, LOUIS GIOCONDO, and BETTY L. KEY, by and through their undersigned attorneys, and hereby submit this unopposed Motion for Voluntary Dismissal and Memorandum of Law in Support, in order to dismiss the above action pursuant to Rule 41 of the Federal Rules of Civil Procedure. In support of the foregoing, plaintiffs and their counsel respectfully state as follows.

1.    Plaintiffs and their counsel have concluded, after an extensive expenditure of legal resources and a detailed review of the facts by their attorneys and experts, and in light of the procedural and substantive history of this case, that:

    a.  no class can properly be certified pertaining to environmental issues from the former Raytheon facility at 1501 72nd St. North in St. Petersburg, Florida;

    b.  there is no basis for concluding that contamination relating to the Raytheon facility exists beyond the geographic boundary shown by the FDEP-approved

"temporary point of compliance" line as generated by Arcadis for regulatory purposes;

c.  there is no basis for concluding that environmental issues relating to the Raytheon facility pose any threat to health (indeed, plaintiffs previously dropped any health claims): and

d.  there is no statistical evidence of any diminution in property values in the area, according to the work of Dr. Kilpatrick, Dr. Jackson, and Dr. Wilde, through the present date. due to environmental issues relating to the Raytheon facility.

Plaintiffs and their counsel also have concluded that Raytheon's FDEP-approved Remedial Action Plan goes above and beyond what may be required under Florida law and will provide complete redress for properties within the FDEP-approved area.

2.  Under these circumstances, plaintiffs and their counsel have elected not to pursue this class action and are withdrawing their class allegations, and the named plaintiffs hereby voluntarily dismiss their individual claims with prejudice while further acknowledging that they have no basis for bringing any claims of any kind about environmental issues relating to the Raytheon facility. The named plaintiffs also acknowledge that Raytheon will be providing funds intended for home improvement, as part of its corporate citizenship and overall efforts to support the community. in the amount of $2500 for the named plaintiffs who are single-family homeowners within the FDEP-approved remedial area and $250 for the named plaintiff who is a condominium owner within the FDEP-approved remedial area.

3.  Each side will bear its own fees.

## LOCAL RULE 3.01(g) CERTIFICATION

Pursuant to Local Rule 3.01(g), counsel for plaintiffs have conferred with counsel for Raytheon regarding the relief requested. Raytheon has no objection to the relief requested.

Date: June 16th, 2011

Respectfully submitted,

s/ Brian H. Barr
Brian H. Barr (FBN 493041)
Neil E. McWilliams. Jr. (FBN 0016174)
J. Michael Papantonio (FBN 335924)
LEVIN, PAPANTONIO, THOMAS,
MITCHELL, ECHSNER & PROCTOR, P.A.
316 S. Baylen Street, Suite 600
Pensacola, Florida 32502
Phone (850) 435-7074
Fax (850) 436-6074

Armando Lauritano (FBN 0902519)
Keith M. Carter (FBN 0500364)
MORGAN & MORGAN, P.A.
7th Floor - One Tampa City Center
201 N. Franklin Street
Tampa, Florida 33602
Phone (813) 223-5505
Fax (813) 223-5402

Joseph H. Saunders (FBN 358193)
SAUNDERS & WALKER, P.A.
P.O. Box 1637
Pinellas Park, FL 33780-1637
Phone (727) 579-4500
Fax (727) 577-9797

Robert F. Kennedy Jr.
Kevin J. Madonna
KENNEDY & MADONNA
48 Dewitt Mills Road
Hurley. NY 12443
Phone (845) 331-7514
Fax (845) 230-3111

Steven J. German

Joel M. Rubenstein
GERMAN RUBENSTEIN, LLC
200 West 70th Street, Suite 8B
New York. NY 12443
Phone (212) 724-6286
Fax (212) 7240-6286


Christopher T. Nidel
NIDEL LAW, PLLC
1111 14th Street, N.W. – Suite 777
Washington, D.C. 20005
Phone (202) 558-2030
Fax (202) 558-2030

*Attorneys for Plaintiffs*


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 16th, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in this action.

s/ Brian H. Barr